**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CASSIE BORRESON** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00009-KGB-JTK**

**FRANK BISIGNANO** **DEFENDANT**
**Acting Commissioner**
**Social Security**

**ORDER**

Before the Court is Defendant's Motion to Substitute Attorney. (Doc. No. 15) This motion is GRANTED. Special Assistant United States Attorney Frank D. Tankard has been terminated and Special Assistant United States Attorney Lee E. Kouvousis has been substituted as Defendant's counsel in this action.

SO ORDERED THIS 3rd day of August, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE